IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

STEPHEN A. DUBOIS,

    **Plaintiff**,

v.                           Case No. 1:17cv203-MW/CAS

NANCY A. BERRYHILL,
Deputy Commissioner for Operations,
performing the duties and functions
not reserved to the Commissioner

    **Defendant**.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 23, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation and request for oral argument. ECF No. 24. Accordingly

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The decision of the Commissioner to deny Plaintiff's application for Social Security

1

benefits is **AFFIRMED** and Judgment entered for Defendant.  The request for oral argument is **DENIED**."  The Clerk shall close the file.

**SO ORDERED on June 1, 2018.**

                                          **s/Mark E. Walker            **
                                          **United States District Judge**